■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS O. CRAWFORD, Appellant. [790 NYS2d 398]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered September 20, 2001, as amended November 9, 2001, convicting him of rape in the first degree, burglary in the first degree, assault in the second degree, aggravated criminal contempt, coercion in the first degree, criminal contempt in the first degree, unlawful imprisonment in the second degree, and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment, as amended, is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of rape in the first degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see* Penal Law § 130.35 [1]; *People v Conto,* 218 AD2d 665 [1995]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Cozier, J.P., S. Miller, Spolzino and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH DOMINQUEZ, Appellant. [790 NYS2d 398]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 27, 1988 (*People v Dominquez,* 141 AD2d 833 [1988]), affirming a judgment of the County Court, Suffolk County, rendered April 11, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Florio, J.P., H. Miller, Schmidt and Adams, JJ., concur.